[No. 11690-8-I. Division One. May 1, 1985.]

V. L. MILLER, ET AL, *Plaintiffs,* CLARENCE POWERS, *Appellant,* v. PAUL WILLIAMS, ET AL, *Defendants,* LOUIS KOVACS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 58500, Jack S. Kurtz, J., entered April 1,

1982. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, A.C.J., and Williams, J.